No. 705, Misc. STAHLMAN *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way* and *Paul J. Murphy,* Assistant Attorneys General, for respondent.

No. 1029, Misc. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1361, Misc. SUMMERS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 1035, Misc. CANNON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *Gerald P. Choppin* for the United States.

No. 1058, Misc. WREN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1062, Misc. CASTALDI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harry Gershenson, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1357, Misc. BOOKER *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.